# United States District Court
### MIDDLE DISTRICT OF TENNESSEE (NASHVILLE DIVISION)

UNITED STATES OF AMERICA

v.

MATTHEW DEHART

**WARRANT FOR ARREST**

Case Number: 10-4062 JSB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Matthew DeHart__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ■ Complaint  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Production of Child Pornography

in violation of Title __18__ United States Code, Section(s) __2251(a)__ .

John S. Bryant
Name of Issuing Officer

_(signature)_ John Bryant
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

August 6, 2010   Nashville, TN
Date                Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Nashville, Tn. | | |
| DATE RECEIVED 8-6-10 <br> DATE OF ARREST 9-8-10 | NAME AND TITLE OF ARRESTING OFFICER <br> DUSM Bryon Osborne | SIGNATURE OF ARRESTING OFFICER |